# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 19, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Walter T. Lacey, Jr.
          v. Homeowners of America Insurance Company
          No. 13-8396
          (Your No. 13-6129)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk